# EXHIBIT B

# Denis Shmidt

| | |
|---|---|
| **From:** | Clark, Michelle <MiClark@littler.com> |
| **Sent:** | Saturday, March 2, 2024 2:26 PM |
| **To:** | Denis Shmidt |
| **Cc:** | Nabil Bisharat |
| **Subject:** | RE: HD/Purohit Discussions |
| **Attachments:** | HD P&L - Trailing 12 Months 120122 to 113023 EBITDA.xlsx |

Denis,

I appreciate your feedback and your patience. I apologize for the confusion I caused – lawyers really shouldn't do math. We ended up getting revised numbers from Jerry and he calculates the buyout amount as: **$2,421,052.**

I'm providing you with the attached spreadsheet for settlement purposes only. It is not evidence or an official accounting and should be treated as HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY. I have been authorized to provide it for your consideration only and to indicate that HD does not authorize its dissemination beyond the recipients on this email.

Best,
Michelle

---

**From:** Denis Shmidt dshmidt@orsusgate.com
**Sent:** Thursday, February 29, 2024 3:06 PM
**To:** Clark, Michelle <MiClark@littler.com>
**Cc:** Nabil Bisharat <nbisharat@orsusgate.com>
**Subject:** RE: HD/Purohit Discussions
**Importance:** High

*Confidential and Privileged Settlement Communication*

Michelle,

The $2,458,776 figure already takes into account the 30% reduction as contemplated based on a voluntary resignation per OA ¶ 9.4(a)(iv). So that there is absolutely no confusion, the way the HD buyout was calculation is as follows: A Company Value of $17,562,685 was arrived at using the formula outlined in the AO (pg. 2). We then calculated Purchase Price by multiplying the Company Value by 20% (Dhru's equity ownership stake), per AO ¶ 9.4(a)(iv). This resulted in $3,512,537. We then reduced this number by 30%, again per AO ¶ 9.4(a)(iv). This resulted in $2,458,775.90.

This has been the calculation we have been discussing all along. I asked Nabil and he does not recall ever having discussed the $1.72 million number. Our last offer clearly stated that the buyout would be for $2,458,776. Based on our conversation this morning, I conveyed to our client that Mark would be willing to agree to Option 1, at the $2.45 million buyout number, given the additional terms we discussed. If that is not the case, and if Mark has only authorized you to offer $1.72 million as the buyout, then I need to know ASAP so that we can stop wasting our time going down this path.

In the meantime, attached is some light reading of Mark's previous lawsuit.

DENIS SHMIDT | ORSUS GATE LLP
SF: (415) 326-3558 | LA: (213) 973-2052

1

DSHMIDT@ORSUSGATE.COM

*\* PLEASE NOTE OUR NEW LOS ANGELES ADDRESS: 16 N. MARENGO AVE., SUITE 505, PASADENA CA 91101 (SAME ADDRESS, NEW SUITE)\**

\* \* \*

Please Note: This message may contain privileged or confidential communications. If you received it in error, please notify the sender and then delete the message immediately.

---

**From:** Clark, Michelle <MiClark@littler.com>
**Sent:** Thursday, February 29, 2024 2:25 PM
**To:** Denis Shmidt <dshmidt@orsusgate.com>
**Cc:** Nabil Bisharat <nbisharat@orsusgate.com>
**Subject:** RE: HD/Purohit Discussions

Denis –

One further, important, point.  Under the OA, the buy out amount is $1,721,143 (not $2.45) because woluntary resignation is an Excluded Termination event.  I believe the parties previously agreed that this was the correct buy-out price, but can you confirm?

Best,
Michelle

---

**From:** Clark, Michelle
**Sent:** Tuesday, February 27, 2024 6:03 PM
**To:** Denis Shmidt <dshmidt@orsusgate.com>
**Cc:** Nabil Bisharat <nbisharat@orsusgate.com>
**Subject:** Re: HD/Purohit Discussions

Thanks Denis.  I do have an update I can share.  Let me know if you want to talk tomorrow.

Sent from my iPhone

> On Feb 27, 2024, at 5:09 PM, Denis Shmidt <dshmidt@orsusgate.com> wrote:
>
> Michelle,
>
> We are amenable to the extension with the understanding that the time is being used in good faith settlement negotiations and not as a race to initiate a lawsuit. We likewise will agree to initiate anything prior to March 6.
>
> Thank you.
>
> DENIS SHMIDT | ORSUS GATE LLP
> SF: (415) 326-3558 | LA: (213) 973-2052
> DSHMIDT@ORSUSGATE.COM
>
> *\* PLEASE NOTE OUR NEW LOS ANGELES ADDRESS: 16 N. MARENGO AVE., SUITE 505, PASADENA CA 91101 (SAME ADDRESS, NEW SUITE)\**

2

\* \* \*

Please Note: This message may contain privileged or confidential communications. If you received it in error, please notify the sender and then delete the message immediately.

---

**From:** Clark, Michelle <MiClark@littler.com>
**Sent:** Monday, February 26, 2024 5:18 PM
**To:** Denis Shmidt <dshmidt@orsusgate.com>
**Cc:** Nabil Bisharat <nbisharat@orsusgate.com>
**Subject:** RE: HD/Purohit Discussions

Hi Denis,

We are working on a response to your proposal but need another week (in part because I've been traveling). Can you confirm that the offer will be extended to **Wednesday, March 6**? This is a good faith, one time request.

Best,
Michelle

---

**From:** Denis Shmidt <dshmidt@orsusgate.com>
**Sent:** Wednesday, February 21, 2024 3:42 PM
**To:** Clark, Michelle <MiClark@littler.com>
**Cc:** Nabil Bisharat <nbisharat@orsusgate.com>
**Subject:** RE: HD/Purohit Discussions

*Confidential and Privileged Settlement Communication*

Michelle,

Thank you for speaking with us today. As promised, below is a breakdown of our client's offer:

|  | **Option 1 (with Farmacy)** | **Option 2 (without Farmacy)** |
|---|---|---|
| Hyman Digital Buyout | $2,458,776 | $2 million |
| Farmacy Buyout | $552,500 | Remains 50/50 |
| Q3 Dividend | $120,000 | $120,000 |
| Q4 Dividend | $0 | $0 |
| Studio Upgrades | $47,988 | $47,988 |
| **Total Payment** | **$3,179,264** | **$2,167,988** |
| Payment Schedule | Payment within 2 years, made via equal quarterly payments | Payment within 2 years, made via equal quarterly payments |
| Accounts and Podcase Catalogue | Dhru keeps all of his accounts and can continue to host past episodes of the podcasts (both broken brain and the Dhru Purohit podcast) but will not create any further podcasts using the "broken brain" name. Dhru will also maintain ownership of the Try This newsletter. | Dhru keeps all of his accounts and can continue to host past episodes of the podcasts (both broken brain and the Dhru Purohit podcast) but will not create any further podcasts using the "broken brain" name. Dhru will also maintain ownership of the Try This newsletter. |

3

| | | |
|---|---|---|
| Other Terms | Other standard settlement terms (confidentiality, non-disparagement, attorneys' fees provision, etc…) to be negotiated | Other standard settlement terms (confidentiality, non-disparagement, attorneys' fees provision, etc…) to be negotiated |

If we cannot reach an agreement on these (or substantially similar) terms, then we believe that our attempts at informal negotiations have hit a wall and we will need to proceed with litigation. As outlined during our call, we have uncovered numerous troubling facts that support breach of fiduciary duty claims against Dr. Hyman, which we intend to pursue alongside our breach of contract and IP/account ownership claims. Please let us know if Hyman Digital and Dr. Hyman are amenable to agreeing to venue a litigation in California as all of the witnesses and counsel are here. Also please let us know if you are authorized to accept service on behalf of Hyman Digital and/or Dr. Hyman.

As discussed, please provide a response by no later than next Thursday, February 29, 2024.

Thank you.

DENIS SHMIDT | ORSUS GATE LLP
SF: (415) 326-3558 | LA: (213) 973-2052
DSHMIDT@ORSUSGATE.COM

\* PLEASE NOTE OUR NEW LOS ANGELES ADDRESS: 16 N. MARENGO AVE., SUITE 505, PASADENA CA 91101 (SAME ADDRESS, NEW SUITE)\*

\* \* \*

Please Note: This message may contain privileged or confidential communications. If you received it in error, please notify the sender and then delete the message immediately.

---

**From:** Denis Shmidt
**Sent:** Tuesday, February 20, 2024 12:55 PM
**To:** Clark, Michelle <MiClark@littler.com>; Nabil Bisharat <nbisharat@orsusgate.com>
**Subject:** RE: HD/Purohit Discussions

Michelle,

Tomorrow at 11 am works for us.

Please use the following dial-in:

Number: 781-448-4004
PIN: 47514

For Calendar: 781-448-4004,,47514#

Thanks.

Denis Shmidt | Orsus Gate LLP
SF: (415) 326-3558 | LA: (213) 973-2052
dshmidt@orsusgate.com

\* PLEASE NOTE OUR NEW LOS ANGELES ADDRESS: 16 N. MARENGO AVE., SUITE 505, PASADENA CA 91101 (SAME ADDRESS, NEW SUITE)\*

\* \* \*

4

Please Note: This message may contain privileged or confidential communications. If you received it in error, please notify the sender and then delete the message immediately.

**From:** Clark, Michelle <MiClark@littler.com>
**Sent:** Tuesday, February 20, 2024 12:06 PM
**To:** Denis Shmidt <dshmidt@orsusgate.com>; Nabil Bisharat <nbisharat@orsusgate.com>
**Subject:** RE: HD/Purohit Discussions

Hey All –  I just tried Nabil, but got voicemail.  I'm available for the next hour.  I'm also available tomorrow morning from 10-12.  - Michelle

**From:** Denis Shmidt <dshmidt@orsusgate.com>
**Sent:** Tuesday, February 20, 2024 11:32 AM
**To:** Nabil Bisharat <nbisharat@orsusgate.com>; Clark, Michelle <MiClark@littler.com>
**Subject:** RE: HD/Purohit Discussions

### [EXTERNAL E-MAIL]

Michelle,

Nice to electronically meet you.  Following-up on Nabil's email.  Please let us know when you have a few minutes to speak so that I can introduce myself and so we can discuss these outstanding issues.

Thanks.

DENIS SHMIDT | ORSUS GATE LLP
SF: (415) 326-3558 | LA: (213) 973-2052
DSHMIDT@ORSUSGATE.COM

\* PLEASE NOTE OUR NEW LOS ANGELES ADDRESS: 16 N. MARENGO AVE., SUITE 505, PASADENA CA 91101 (SAME ADDRESS, NEW SUITE)\*

\* \* \*

Please Note: This message may contain privileged or confidential communications. If you received it in error, please notify the sender and then delete the message immediately.

**From:** Nabil Bisharat <nbisharat@orsusgate.com>
**Sent:** Thursday, February 15, 2024 1:55 PM
**To:** Clark, Michelle <MiClark@littler.com>
**Cc:** Denis Shmidt <dshmidt@orsusgate.com>
**Subject:** HD/Purohit Discussions

Michelle,

I'd like to introduce my partner, Denis Shmidt (CC'd here), as he's going to be stepping in to assist on this matter. He and I would like to find time to get on a call with you to discuss some recent developments with our client that impact the MOU discussions.  Denis is out tomorrow and Monday is a holiday, so please let us know your availability for a call on Tuesday or Wednesday.

Thank you,
Nabil

5

**Nabil Bisharat**
Orsus Gate LLP | Partner
16 N. Marengo Avenue, Suite 505
Pasadena, California 91101
(213) 373-4357 | nbisharat@orsusgate.com
www.OrsusGate.com

***

PLEASE NOTE OUR NEW LOS ANGELES ADDRESS: 16 N. MARENGO AVE., SUITE 505, PASADENA, CA 91101<br>(SAME ADDRESS, NEW SUITE)

* * *

Please Note: This message may contain privileged or confidential communications. If you received it in error, please notify the sender and then delete the message immediately.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.