Bridget B. Hirsch (SBN 257015)
bhirsch@andersonkill.com
ANDERSON KILL CALIFORNIA L.L.P.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
213-943-1444

Jonathan G. Kortmansky (admitted pro hac vice)
jkortmansky@andersonkill.com
Douglas S. Curran (pro hac vice pending)
dcurran@andersonkill.com
ANDERSON KILL P.C.
7 Times Square, 15th Floor
New York, NY 10036
212-278-1000

*Counsel for Defendants Mark Hyman
and Hyman Digital LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHRUMIL PUROHIT, <br><br> Plaintiff, <br><br> v. <br><br> MARK HYMAN *et al.*, <br><br> Defendants. | Case No.: 2:25-cv-06416 (RGK)(SSC) <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS** <br><br> Hon. R. Gary Klausner <br> Courtroom 850 <br><br> Date:  October 20, 2025 <br> Time:  9:00 a.m. <br> Courtroom:  850 <br><br> Complaint Filed: July 14, 2025 <br> Trial Date: Not Assigned |

1
**NOTICE OF MOTION AND MOTION TO DISMISS**

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD AND THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE THAT** on October 20, 2025, at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 850 of the above-entitled Court, located at 312 North Spring Street, Los Angeles, CA 90012, defendants Mark Hyman and Hyman Digital LLC will, and do, move the Court for an order dismissing the Complaint of Dhrumil Purohit pursuant to Federal Rule of Civil Procedure 12(b)(6).

Counsel for Defendants met and conferred with counsel for Plaintiff pursuant to Local Rule 7-3 on September 11, 2025, before bringing this Motion. The parties were unable to reach a resolution.

Defendants bring this Motion on the following grounds:

1. Plaintiff's First Cause of Action for Breach of Contract should be dismissed because Plaintiff fails to allege a breach of the relevant contract.

2. Plaintiff's Second Cause of Action for Breach of the Implied Covenant of Good Faith and Fair Dealing should be dismissed because Plaintiff fails to identify any benefits of the relevant contract that he was denied or any purpose of the contract that was undermined by Defendants' actions.

3. Plaintiff's Third Cause of Action for Fraud should be dismissed because Plaintiff fails to allege a misrepresentation of fact or justifiable reliance.

4. Plaintiff's Fourth Cause of Action for Unjust Enrichment / Restitution should be dismissed because Plaintiff fails to allege that Defendants received a benefit or that any such benefit was conferred upon them by Plaintiff.

5. Plaintiff's Fifth Cause of Action for Fraudulent Filing of Information Return Under 26 U.S.C. § 7434 should be dismissed because Plaintiff fails to allege

that the relevant information returns were fraudulent or that Defendants willfully filed them.

This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, all pleadings and records on file in this action, and all briefs, papers, and arguments that the Court may consider.

DATED: September 19, 2025           /s/ *Jonathan G. Kortmansky*
**ANDERSON KILL P.C.**
Bridget B. Hirsch (SBN 257015)
Jonathan G. Kortmansky (admitted pro hac vice)

*Counsel for Defendants Mark Hyman and Hyman Digital, LLC*