Bridget B. Hirsch (SBN 257015)
bhirsch@andersonkill.com
ANDERSON KILL CALIFORNIA L.L.P.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
213-943-1444

Jonathan G. Kortmansky (*pro hac vice*)
jkortmansky@andersonkill.com
Douglas S. Curran (*pro hac vice*)
dcurran@andersonkill.com
ANDERSON KILL P.C.
7 Times Square, 15th Floor
New York, NY 10036
212-278-1000

*Attorneys for Defendants Mark Hyman and Hyman Digital LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHRUMIL PUROHIT, <br><br> Plaintiff, <br><br> v. <br><br> MARK HYMAN, *et al.*, <br><br> Defendants. | Case No.: 2:25-cv-06416 (RGK)(SSC) <br><br> **JOINT STIPULATION REGARDING ATTORNEYS' FEES** <br><br> **[Filed Concurrently with Proposed Order]** <br><br> Hon. R. Gary Klausner |

**STIPULATION REGARDING ATTORNEYS' FEES**

Plaintiff Dhrumil Purohit ("Purohit") and Defendants Mark Hyman and Hyman Digital, LLC (collectively "Defendants" and together with Purohit, the "Parties") jointly stipulate as follows:

**WHEREAS**, on July 14, 2025, Purohit filed the Complaint;

**WHEREAS**, the Complaint asserted causes of action for, among other things, breach of the Confidential Settlement Agreement and Release (the "Settlement Agreement") between the Parties;

**WHEREAS**, on September 19, 2025, Defendants filed a Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b) for failure to state a claim;

**WHEREAS**, on October 28, 2025, the Court granted the Motion to Dismiss and dismissed the Complaint;

**WHEREAS**, the Settlement Agreement provides that "in the event of a dispute arising from or otherwise related to this Agreement, the prevailing party shall be entitled to recover all reasonable costs, including attorneys' fees" (Settlement Agmt., ECF 1-1, ¶ 14);

**WHEREAS**, Defendants are the prevailing party in this action;

**WHEREAS**, Defendants incurred a total of $296,444.48 in costs and attorneys' fees defending this action; and

**WHEREAS**, Defendants are entitled to attorneys' fees pursuant to Fed. R. Civ. P. 54(d)(2) and they intended to file a motion to recover those fees pursuant to that Rule;

**NOW, THEREFORE**, the Parties agree and stipulate that, in lieu of a motion pursuant to Rule 54(d)(2), Purohit will pay Defendants $296,444.48 to fully compensate Defendants for the attorneys' fees and costs they incurred in defending this action.

**THE PARTIES FURTHER AGREE** that Defendants shall not seek any further fees or costs in this action.

**SO STIPULATED:**

**ANDERSON KILL P.C.**

Dated:  November 11, 2025    */s/   Douglas S. Curran*

Jonathan G. Kortmansky (*pro hac vice*)
jkortmansky@andersonkill.com
Douglas S. Curran (*pro hac vice*)
dcurran@andersonkill.com
ANDERSON KILL P.C.
7 Times Square, 15th Floor
New York, NY 10036
212-278-1000

Bridget B. Hirsch (SBN 257015)
bhirsch@andersonkill.com
ANDERSON KILL CALIFORNIA L.L.P.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
213-943-1444

*Attorneys for Defendants Mark Hyman and Hyman Digital LLC*

**ORSUS GATE LLP**

Dated:  November 11, 2025    */s/ Denis Shmidt*
Denis Shmidt (SBN 267987)
dshmidt@orsusgate.com
16 N Marengo Ave, Suite 505
Pasadena, CA 91101
(415) 326-3558

*Attorneys for Plaintiff Dhrumil Purohit*

---

**STIPULATION REGARDING ATTORNEYS' FEES**

1    Pursuant to Local Rule 5-4.3.4(a), the filer attests that the above signatories

2    concur in the filing's content and have authorized the filing.

3

4                              **ANDERSON KILL P.C.**

5    Dated:  November 11, 2025        */s/   Douglas S. Curran*

6                                    Douglas S. Curran (*pro hac vice*)
                                     dcurran@andersonkill.com
7                                    7 Times Square, 15th Floor
                                     New York, NY 10036
8                                    212-278-1000

9

10                                   *Attorneys for Defendants Mark Hyman and*
                                     *Hyman Digital, LLC*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28