UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DHRUMIL PUROHIT,

          Plaintiff,

v.

MARK HYMAN et al.,

          Defendants.

Case No.: 2:25-cv-06416 (RGK)(SSC)

[PROPOSED] ORDER APPROVING STIPULATION REGARDING ATTORNEYS' FEES

[31]

Hon. R. Gary Klausner
Courtroom 850

    The Court has read and considered the Joint Stipulation Regarding Attorneys' Fees, filed on November 11, 2025 (ECF 31; the "Stipulation").

    For the reasons stated in the Stipulation and for good cause shown, the Court hereby APPROVES the Stipulation. Purohit will pay Defendants $296,444.48 to fully compensate Defendants for the attorneys' fees and costs they incurred in defending this action. Defendants shall not seek any further fees or costs in this action.

SO ORDERED this 3rd day of December, 2025.

*[signature: Gary Klausner]*

HONORABLE R. GARY KLAUSNER
United States District Judge